IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: EQUITY MEDIA HOLDINGS CORPORATION, et al.[1],   CASE NO. 4:08-bk-17646-M
Debtor-in-Possession                                                              Chapter 11
                                                                                         Jointly Administered

# UNITED STATES TRUSTEE'S
# MOTION TO DISMISS OR CONVERT TO CHAPTER 7

Comes the United States Trustee, Nancy J. Gargula, by her Trial Attorney, Patricia J. Stanley, and for her Motion to Dismiss or Convert to Chapter 7, respectfully states and alleges:

1.   This Court has jurisdiction of this matter pursuant to 28 U.S.C. §§ 1334, 157(a) and Local Rule 83.1 of the District Court.

2.   This case was commenced by the filing of a voluntary petition under Chapter 11 of the Bankruptcy Code on December 8, 2008.

3.   The Subsidiary Debtors' cases were commenced by the filing of voluntary petitions under Chapter 11 of the Bankruptcy Code on December 16, 2008.

4.   On January 8, 2009, the Court entered an Order granting the debtor's Motion for Joint Administration.

5.   The meeting of creditors in each case was held and concluded on March 6, 2009.

---

[1] The Subsidiary Debtors' Case Numbers are Case Nos. 4:08-bk-17869, 4:08-bk-17870, 4:08-bk-17871, 4:08-bk-17872, 4:08-bk-17873, 4:08-bk-17874, 4:08-bk-17875, 4:08-bk-17876, 4:08-bk-17877, 4:08-bk-17878, 4:08-bk-17879, 4:08-bk-17880, 4:08-bk-17881, 4:08-bk-17882, 4:08-bk-17883, 4:08-bk-17884, 4:08-bk-17885, 4:08-bk-17886, 4:08-bk-17887, 4:08-bk-17888, 4:08-bk-17889, 4:08-bk-17890, 4:08-bk-17891, 4:08-bk-17892, 4:08-bk-17893, 4:08-bk-17894, 4:08-bk-17895, 4:08-bk-17896, 4:08-bk-17897, 4:08-bk-17898, 4:08-bk-17899, 4:08-bk-17900, 4:08-bk-17901, 4:08-bk-17902, 4:08-bk-17903, 4:08-bk-17904, 4:08-bk-17905, 4:08-bk-17906, 4:08-bk-17907, 4:08-bk-17908, 4:08-bk-17909, 4:08-bk-17910, 4:08-bk-17911, 4:08-bk-17912, 4:08-bk-17913, 4:08-bk-17914, 4:08-bk-17915, 4:08-bk-17916, 4:08-bk-17917, 4:08-bk-17918, 4:08-bk-17919, 4:08-bk-17920, respectively.

6.	The Bankruptcy Code at 11 U.S.C. § 1112(b)(1) provides that, absent unusual circumstances, when a movant establishes cause, the Court shall either convert to Chapter 7 or dismiss a case filed under this chapter based on whichever is in the best interests of creditors and the estate.  The examples listed under § 1112(b) are not exhaustive, and the Court has broad discretion to consider other factors, including lack of good faith in filing, when determining whether to dismiss or convert a Chapter 11 case.  *All Denominational New Church v. Pelofsky (In re All Denominational New Church)*, 268 B.R. 536, 537 (8th Cir. BAP 2001).

7.	A Chapter 11 debtor is required to file with the Court monthly reports of the operations of the debtor's businesses, including a statement of receipts and disbursements.  *See* 11 U.S.C. §§ 1107(a), 1106(a)(1), and 704(a)(8); Fed. R. Bankr. P. 2015(a)(3).  The reports are due on the 21st day of the month following the end of the period.  The following is a list of the parent case and each subsidiary case for which the reports are delinquent:

| Case Number | Debtor Name | Reports Missing for Periods Ending |
|---|---|---|
| 4:08-bk-17646 | Equity Media Holdings Corporation | 5/31/2009<br>6/30/2009<br>11/30/2009<br>12/31/2009<br>1/31/2010<br>2/28/2010 |
| 4:08-bk-17869 | Arkansas 49, Inc. | 1/31/2010<br>2/28/2010 |
| 4:08-bk-17870 | EBC Detroit, Inc. | 1/31/2010<br>2/28/2010 |
| 4:08-bk-17871 | EBC Harrison, Inc. | 1/31/2010<br>2/28/2010 |
| 4:08-bk-17872 | Borger Broadcasting, Inc. | 6/30/2009<br>8/31/2009<br>1/31/2010<br>2/28/2010 |

| Case Number | Debtor Name | Reports Missing for Periods Ending |
|---|---|---|
| 4:08-bk-17873 | EBC Jacksonville, Inc. | 1/31/2010<br>2/28/2010 |
| 4:08-bk-17874 | C.A.S.H. Services, Inc. | 7/31/2009*<br>1/31/2010<br>2/28/2010 |
| | *On December 16, 2009, a monthly operating report for the period ending July 31, 2009 was filed in C.A.S.H. Services, Inc. at Document No. 32, but the report is actually for 4:08-bk-17913, Central Arkansas Payroll Company.* | |
| 4:08-bk-17875 | EBC Kansas City, Inc. | 1/31/2010<br>2/28/2010 |
| 4:08-bk-17876 | Equity News Services, Inc. | 12/31/2008<br>1/31/2010<br>2/28/2010 |
| 4:08-bk-17877 | EBC Los Angeles, Inc. | 12/31/2009<br>1/31/2010<br>2/28/2010 |
| 4:08-bk-17878 | Denver Broadcasting, Inc. | 1/31/2010<br>2/28/2010 |
| 4:08-bk-17879 | EBC Minneapolis, Inc. | 1/31/2010<br>2/28/2010 |
| 4:08-bk-17880 | EBC Atlanta, Inc. | 6/30/2009<br>1/31/2010<br>2/28/2010 |
| 4:08-bk-17881 | EBC Nashville, Inc. | 1/31/2010<br>2/28/2010 |
| 4:08-bk-17882 | EBC Panama City, Inc. | 1/31/2010<br>2/28/2010 |
| 4:08-bk-17883 | EBC Buffalo, Inc. | 11/30/2009<br>12/31/2009<br>1/31/2010<br>2/28/2010 |
| 4:08-bk-17884 | Fort Smith 46, Inc. | 1/31/2010<br>2/28/2010 |
| 4:08-bk-17885 | Logan 12, Inc. | 1/31/2010<br>2/28/2010 |
| 4:08-bk-17886 | Marquette Broadcasting, Inc. | 6/30/2009<br>1/31/2010<br>2/28/2010 |

| Case Number | Debtor Name | Reports Missing for Periods Ending |
|---|---|---|
| 4:08-bk-17887 | Nevada Channel 3, Inc. | 6/30/2009<br>1/31/2010<br>2/28/2010 |
| 4:08-bk-17888 | Nevada Channel 6, Inc. | 12/31/2008<br>06/30/2009<br>1/31/2010<br>2/28/2010 |
| 4:08-bk-17889 | Newmont Broadcasting Corporation | 6/30/2009<br>1/31/2010<br>2/28/2010 |
| 4:08-bk-17890 | EBC Provo, Inc. | 1/31/2010<br>2/28/2010 |
| 4:08-bk-17891 | Price Broadcasting, Inc. | 12/31/2008<br>1/31/2010<br>2/28/2010 |
| 4:08-bk-17892 | Pullman Broadcasting, Inc. | 1/31/2010<br>2/28/2010 |
| 4:08-bk-17893 | EBC Scottsbluff, Inc. | 1/31/2010<br>2/28/2010 |
| 4:08-bk-17894 | Rep Plus, Inc. | 1/31/2010<br>2/28/2010 |
| 4:08-bk-17895 | EBC Seattle, Inc. | 6/30/2009<br>1/31/2010<br>2/28/2010 |
| 4:08-bk-17896 | River City Broadcasting Inc. | 1/31/2010<br>2/28/2010 |
| 4:08-bk-17897 | EBC Southwest Florida, Inc. | 12/31/2008<br>6/30/2009<br>1/31/2010<br>2/28/2010 |
| 4:08-bk-17898 | Roseburg Broadcasting, Inc. | 1/31/2010<br>2/28/2010 |
| 4:08-bk-17899 | TV 34, Inc. | 1/31/2010<br>2/28/2010 |
| 4:08-bk-17900 | EBC Syracuse, Inc. | 1/31/2010<br>2/28/2010 |
| 4:08-bk-17901 | EBC Pocatello, Inc. | 12/31/2009<br>1/31/2010<br>2/28/2010 |
| 4:08-bk-17902 | EBC St. Louis, Inc. | 1/31/2010<br>2/28/2010 |

| Case Number | Debtor Name | Reports Missing for Periods Ending |
|---|---|---|
| 4:08-bk-17903 | EBC Waterloo, Inc. | 12/31/2008<br>1/31/2010<br>2/28/2010 |
| 4:08-bk-17904 | La Grande Broadcasting, Inc. | 1/31/2010<br>2/28/2010 |
| 4:08-bk-17905 | Montgomery 22, Inc. | 1/31/2010<br>2/28/2010 |
| 4:08-bk-17906 | Shawnee Broadcasting, Inc. | 7/31/2009<br>8/31/2009<br>9/30/2009<br>10/31/2009<br>1/31/2010<br>2/28/2010 |
| 4:08-bk-17907 | EBC Waco, Inc. | 1/31/2010<br>2/28/2010 |
| 4:08-bk-17908 | Vernal Broadcasting, Inc. | 8/31/2009<br>1/31/2010<br>2/28/2010 |
| 4:08-bk-17909 | Wyoming Channel 2, Inc. | 12/31/2008<br>1/31/2010<br>2/28/2010 |
| 4:08-bk-17910 | H&H Properties Limited Partnership | 6/30/2009<br>1/31/2010<br>2/28/2010 |
| 4:08-bk-17911 | Woodward Broadcasting, Inc. | 6/30/2009<br>1/31/2010<br>2/28/2010 |
| 4:08-bk-17912 | Montana Broadcasting Group, Inc. | 7/31/2009<br>1/31/2010<br>2/28/2010 |
| 4:08-bk-17913 | Central Arkansas Payroll Company | 5/31/2009<br>6/30/2009<br>1/31/2010<br>2/28/2010 |
| 4:08-bk-17914 | Montana License Sub, Inc. | 7/31/2009<br>8/31/2009<br>9/30/2009<br>10/31/2009<br>1/31/2010<br>2/28/2010 |

| Case Number | Debtor Name | Reports Missing for Periods Ending |
|---|---|---|
| 4:08-bk-17915 | Equity Broadcasting Corporation | 1/31/2010 2/28/2010 |
| 4:08-bk-17916 | Equity Insurance Inc. | 1/31/2010 2/28/2010 |
| 4:08-bk-17917 | KLRA, Inc. | 1/31/2010 2/28/2010 |
| 4:08-bk-17918 | EBC Mt. Vernon, Inc. | 1/31/2010 2/28/2010 |
| 4:08-bk-17919 | EBC Wichita Falls, Inc. | 1/31/2010 2/28/2010 |
| 4:08-bk-17920 | EBC Boise, Inc. | 1/31/2010 2/28/2010 |

8. Without the operating reports, the United States Trustee is unable to determine the viability of the businesses, review the financial operations of the companies, and monitor the reporting of proceeds from sales transactions. Cause exists pursuant to 11 U.S.C. § 1112 to dismiss or convert this case.

9. Pursuant to 28 U.S.C. § 1930(a)(6), the Debtor is obligated to pay to the United States Trustee a minimum of $325.00 for each quarterly period, including any fraction thereof, until a Plan is confirmed, or the case is converted or dismissed, whichever occurs first. As of April 8, 2010, the following debtors had failed to pay the fees owed, plus interest:

| Case Number | Debtor Name | Fees Owed |
|---|---|---|
| 4:08-bk-17874 | C.A.S.H. Services, Inc. | $6,175.00 |
| 4:08-bk-17912 | Montana Broadcasting Group, Inc. | $2,638.37 |
| 4:08-bk-17913 | Central Arkansas Payroll Company | $7,282.81 |

Additional fees and interest may be due in addition to the above based upon disbursements provided following the filing of this motion.

10. If the case is dismissed or converted, the United States Trustee is entitled to judgment

against the Debtors for the full amount of the quarterly fees, plus interest.

11. The United States Trustee requests that the following decretal paragraph be incorporated in the Order of Dismissal or Conversion:

> ORDERED that the Debtor pay to the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930(a)(6) within ten (10) days of the entry of this Order, and simultaneously provide to the United States Trustee an appropriate Affidavit indicating the cash disbursements for the relevant period. If the fee is not paid as hereinbefore set out, the United States Trustee will have judgment against the Debtor for the full amount of the quarterly fee, plus interest, effective ten (10) days from the entry of this Order.

WHEREFORE, the United States Trustee respectfully requests the entry of an order converting the Chapter 11 cases to cases under Chapter 7; or in the alternative, an order dismissing the Chapter 11 cases conditioned upon the payment of the United States Trustee quarterly fees, or judgment against the Debtors for the full amount of the quarterly fees, and all other just and proper relief.

Respectfully submitted,

NANCY J. GARGULA
UNITED STATES TRUSTEE

CHARLES W. TUCKER
ASSISTANT UNITED STATES TRUSTEE

By: _____
PATRICIA J. STANLEY, Bar No. 2005032
Trial Attorney
200 West Capitol Avenue, Suite 1200
Little Rock, AR 72201
Telephone: (501) 324-7357
Fax: (501) 324-7388
Email: Patti.J.Stanley@usdoj.gov

...
...

## CERTIFICATE OF SERVICE

I do hereby certify that I have mailed a copy of the foregoing pleading to the following attorney(s) of record by first class mail with sufficient postage thereon on this 8th day of April, 2010:

Equity Media Holdings Corporation, et al
One Shackleford Drive, Suite 400
Little Rock, AR 72211

                                          Patricia J. Stanley